# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOHRAB HAROONIAN,** | **Case No. LA CV 16-02995-VBF-SS** |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| COMMITTEE OF BAR EXAMINERS, STATE BAR OF CALIFORNIA, and JOHN DOES 1-10 inclusive, | |
| Defendants. | |

Consistent with this Court's contemporaneously issued Order Adopting Report and Recommendation, Dismissing the Action With Prejudice for Failure to State a Claim on Which Relief Can Be Granted, and Directing the Entry of Separate Judgment, **final judgment is hereby entered in favor of all the defendants and against plaintiff Sohrab Haroonian.**

DATED: Wednesday, July 6, 2016

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE